IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIE JUNE SOREY,**

    **Petitioner,**

v.                                        Case No.  5:14cv141-MW/CJK

**JULIE JONES, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**
_____/

**ORDER ACCEPTING**
**REPORTS AND RECOMMENDATIONS**

This Court has considered, without hearing, the Magistrate Judge's Reports and Recommendations, ECF Nos. 20 and 26, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 22 and 29. Accordingly,

IT IS ORDERED:

The reports and recommendations are **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "Respondent's motion to dismiss the petition for lack of jurisdiction as an unauthorized second or successive habeas corpus application, ECF No. 8, is **DENIED**.  The petition for writ of habeas corpus, ECF No. 1, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Willie June*

1

*Sorey* in the Circuit Court for Jackson County, Florida, Case No. 86-CF-521, is **DENIED** on the grounds that Petitioner's claim is procedurally defaulted.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on September 16, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
